FILED

MAR 10 2016

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15CR0474-BAS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| ADRIANA GARCIA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, the Information in the above entitled case is dismissed without prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: 3-10-2016

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge